## PRUDEN ET AL. V. NORTHRUP.

A new trial granted to the prosecutor, where the acquittal was procured by imposition and fraud.

WRIT OF ERROR is brought to reverse a judgment of the Maritime Court in granting a new trial upon the petition of Northrup v. Pruden, etc. alleging that he seized and libeled a certain vessel and cargo, belonging to them, for contravening the Embargo Laws; and that upon trial the vessel and cargo was acquitted: That he has since discovered that one Helms, who was the principal witness for the claimants, and by whose testimony the vessel, etc. was cleared, was interested in the vessel and cargo, and really swore for himself; to which petition a plea in abatement was given, that this is a prosecution of a criminal nature, and no new trial ought to be granted in favor of the libellant; that the plea was judged insufficient; and on a hearing upon the merits, a new trial was granted, and the vessel, etc. finally condemned. Error assigned is, that said plea in abatement ought to have been judged sufficient.

By the SUPERIOR COURT. There is nothing erroneous in the judgment complained of; the concealment of Helms' interest,

and producing him as a witness, whereby the acquittal was procured, was a fraud and imposition, not only upon the libellant, but upon the law and upon the court, for which cause a new trial ought to be granted.